Case 1:25-cv-00072-JPJ-PMS   Document 1   Filed 12/03/25   Page 1 of 18
Pageid#: 1

CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
December 03, 2025
LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| LILLY-KAY TOMLINSON,<br><br>*Plaintiff*;<br><br>v.<br><br>STEPHANIE LYNN BATES<br>*a/k/a* STEPHANIE LYNN WILLIAMS<br>2089 Walnut Street<br>White Pine, TN 37890<br><br>*Defendant*. | Case No.:  1:25cv72 |

## COMPLAINT

Plaintiff, Lilly-Kay Tomlinson ("Tomlinson"), by counsel, for her complaint against Defendant, Stephanie Lynn Bates ("Bates"), states as follows:

### INTRODUCTION

1. Tomlinson seeks damages for Bates's malicious defamation *per se* arising out of a series of false and defamatory claims published by Bates and widely viewed on her social media page on TikTok. Tomlinson seeks compensatory damages, punitive damages, attorney's fees and costs as detailed herein.

### PARTIES

2. Tomlinson, is a resident of Bristol, Virginia with an address of 501 Lynnwood Drive, Bristol, Virginia 24201.

3. Bates is a resident of White Pine, Tennessee with an address of 2089 Walnut Street, White Pine, Tennessee, 37890.

## JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. § 1332, based on diversity of citizenship and amount in controversy.

5. For purposes of diversity jurisdiction, Tomlinson is a resident of Virginia, and Bates is a resident of Tennessee. As a result, there is complete diversity of citizenship between the plaintiff and defendant.

6. The amount in controversy exceeds $75,000.00 excluding interest and costs.

7. Venue is proper under 28 U.S.C. § 1391(B) in that a substantial part of the events or omissions giving rise to this suit occurred in this district.

## FACTS

8. Tomlinson is an officer with the Bristol, Virginia, Police Department.

9. In addition to her work with a family contracting business, Bates is a social media influencer with a significant social media presence. Bates's TikTok page ("babydoll2184") has approximately 296,000 followers. Bates publishes numerous product reviews and social observations daily and has attained approximately 4.5 million "likes."

10. On September 6, 2025, Bates and her husband (Josh Williams, hereafter "Williams") were guests at the Hard Rock Casino in Bristol, Virginia.

11. On September 6, 2025, Tomlinson was working a security detail at the Hard Rock Casino in Bristol, Virginia. Tomlinson wore a Bristol Virginia Police Department uniform with nameplate and badge readily identifiable.

12.     At approximately 10:30 p.m. on September 6, 2025, Bates and Williams were seated at a table in the Plum Lounge of the Hard Rock Casino.

13.     Tomlinson approached Bates and Williams, escorted by and at the direction of Hard Rock Casino security personnel, to question Bates about her access to the Plum Lounge.

14.     Shortly after Tomlinson began speaking with Bates, Bates became defiant, asking Williams "are they here for me?! What the *fuck*?!" and telling Tomlinson, "you ain't here for me, baby."

15.     Tomlinson advised Bates that Hard Rock Casino personnel had identified Bates as having possibly entered the Plum Lounge without properly checking in.

16.     Bates became irate, telling Tomlinson that Tomlinson should tell the Hard Rock Casino hostess to "go get fucked, and run them cameras back, cause I'm about to lose my shit."

17.     Bates continued "how embarrassing is this? We spend fucking thousands, upon thousands of dollars. This is humiliating."

18.     In response to the escalation of Bates' tone and demeanor, a Hard Rock Casino security employee advised Bates "so look, I'm going to talk to her, but I would appreciate you not talking to us like that again." The Hard Rock Casino security employee calmly apologized to Bates and explained that he was just doing what he was told.

19.     In response, Bates pointed in the direction of the Plum Lounge hostess and said, "and her – she needs to get fucking fired…fucking piece of trash."

20.     Bates and Williams stood up from the table and continued cursing, "fuck these people." Bates and Williams then departed the Plum Lounge to confront the Hard Rock Casino hostess working the front desk of the Plum Lounge.

21. After Bates spoke with the Plum Lounge hostess and confirmed that it was not Bates who had entered the lounge without checking in, Bates and Williams became even more agitated, cursing loudly at Tomlinson and another officer.

22. Bates told Tomlinson that she was a "rent-a-cop" and that she was "not our boss, so shut the fuck up."

23. Tomlinson advised Bates and Williams that they needed to lower their voices and that if they did not stop yelling, they could be arrested for disorderly conduct.

24. After Bates refused to lower her voice, Tomlinson reached for Bates's right arm to escort her off the property. Bates resisted, pulling her arm backwards and yelling "what are you doing?!" Tomlinson advised Bates she was being expelled from the property.



25. Bates responded by saying that she and Williams would agree to leave, but that they wanted to return to their hotel room first to retrieve Bates's Louis Vuitton purse.





26.     Tomlinson and other security personnel escorted Bates and Williams to the lobby and continued discussing the situation.

27.     Bates and Williams were then escorted by law enforcement and security personnel to their hotel room to retrieve personal items.

28.     While Bates was retrieving her personal items, Williams asked Tomlinson for a business card. Tomlinson responded by saying "my name is Officer Tomlinson."

29.     Williams then took a photo of Tomlinson with a cell phone.



30.     Tomlinson and other security personnel escorted Bates and Williams back toward the lobby.

31.     While walking down the hallway, Bates told Williams "I'm going to sue for every fucking thing I can think of…she laid her hands on me, I'm going to the doctor." When asked if she needed EMS to come check her out, Bates responded with "no, I'm gonna go to the hospital."

32. While riding the elevator down to the lobby, Williams chastised the officers, "…real smart. Bad choices…very bad. And I promise you. I spend five thousand dollars a week here. And if I gotta spend that for the next ten weeks, I will make you fucking pay for this."

33. Bates and Williams departed the Hard Rock Casino property at approximately 10:42 p.m.

34. Shortly after departing the Hard Rock Casino, Bates and Williams drove to a hospital seeking medical attention.

35. At approximately 11:58 p.m. on September 6, 2025, Williams called the Bristol, Virginia, Police Department requesting Tomlinson's personal information so that he and Bates could "file assault charges" against Tomlinson. During this recorded audio call, Williams told a dispatcher that Tomlinson "yanked [Bates's] arm out of place," and that Bates had a "dislocated arm." Williams also claimed that Bates was in the hospital with "a broken arm, possibly, and a dislocated shoulder."

36. Williams's claims were entirely false. Bates's medical records noted "no evidence of acute fracture or dislocation."

37. At approximately 1:30 a.m. on September 7, 2025, Bates posted on TikTok a 01:02-minute video of Bates standing outside the Bristol Police Department titled "Bristol Police Officer Wrongly Assulted [sic] Me." In the video, Bates stated –

> It is one thirty in the morning and we're here at the Bristol Police Department. I have been assaulted by one of their police officers. I've already spoke to the supervisor of the officer that assaulted me. We went into these doors right here. Do you see that little red phone? We called whoever is on the other side of that. They told us that it was gonna take thirty minutes to an hour for them to even come out and take our report. We are filing assault charges on this police officer. I guess that's why we can't get any help whatsoever. I've been in the hospital, as you guys can see. I'm in a sling. They told me I had to come back in a week to do more x-rays because they can't tell because the swelling is so bad, if it's actually broke or just fractured. Since they don't want to help us, they don't want to take our report, my husband told the lady on the other side of the phone that we were gonna call the news stations here in Bristol and that's exactly what we're

7

about to do. This lady was way out of line. She had the wrong person, and she assaulted me. We are going to sue Bristol PD. We're gonna do everything we possibly can to make an example out of this woman, and she needs to lose her job.

38. Bates's repeated claims that Tomlinson had "assaulted" her were false.

39. Bates's claim that the swelling in her arm was so bad that the hospital could not determine if her arm was "actually broke or just fractured" was false.

40. This video posted at 1:30 a.m. on September 7, 2025 has been viewed approximately 893,000 times, has been "liked" approximately 54,000 times, and has received approximately 3,359 comments.

41. Later that morning, Bates posted a 05:30-minute video titled "UPDATE ON THE VIOLENT COP WHO WRONGFULLY ASSAULTED ME."



42. In this video, Bates held up a cell phone with Tomlinson's photo, stating –

8

> Let's talk about this woman officer who wrongfully assaulted me last night at the Hard Rock Bristol Casino and Hotel. This is Will [sic] Kate [sic] Tomlinson (holding up a photo of Tomlinson), she works at Bristol PD in Bristol, Virginia... We look up, and there's the police… Fifteen minutes later, I've got two police officers, a man and a woman, standing over me telling me I needed to come with them, right then.

43. Holding up another photo of Tomlinson, Bates continued –



> Fifteen minutes later, I got two police officers – a man and a woman – standing over me telling I needed to come with them right then. And here they both are. Neither one of them would ID themselves. They wouldn't give us their name, they wouldn't give us their badge number, nothing. When I asked why I needed to get up and leave, they told me I was a thief, that I had snuck in there and I wasn't allowed to be in there. They said so many terrible things to embarrass me, I was humiliated.

44. Bates continued –

> Of course me and my husband had a few choice words... Where it should have ended there, it didn't. The lady cop [Tomlinson] kept trying to argue with me, kept trying to argue with Josh, so did that male officer. I guess they didn't like the fact that I called him a rent-a-cop, okay? But they were in the wrong. I hadn't done

anything, and they literally told me they were going to arrest us for disorderly conduct because they didn't like the way we were speaking to them. We go to walk away, we're not detained, nobody has told us we had to stay there, I've been exonerated, we're just upset, we want to go upstairs and get our stuff and leave as we go to walk away because we have not been detained by no stretch of the imagination. I've been exonerated. It's not me. Josh looks at the police officer lady and says the next time you want to come in there and humiliate somebody and accuse them that they're a thief, you better get your facts straight. You dumb bitch.

45. Bates continued –

Instead of tackling him, she came after me and tried to yank my arm behind my back and throw me on the ground! And then told me she was gonna arrest me for disorderly conduct. I told her to get her damn hands off of me and Josh came in after her and said, you take your hands off my f'ing wife. Josh said, take your hands off my f'ing wife. We haven't done anything. She said, you started walking away. He said, the last time I checked, you haven't detained us and we've done nothing wrong so we can walk away. After Josh told her to get her hands off, I mean, she did let go, but she said, I'm going to arrest y'all for disorderly conduct because I don't like the way you're talking to me. Josh looked at her and said, the last time I checked, we live in America and we have freedom of speech. You can't arrest somebody for calling you a dumb bitch, you dumb bitch.

46.   Bates continued –

We went to the hospital. We got x-rays because the swelling is so bad they don't want to put me in a cast or anything because they don't know how much damage is actually done…I've already called two news stations in Bristol, VA and I have a meeting at 9:00 AM on Monday morning to speak with one of them. I'll keep you guys updated on this, but I feel like this lady needs to be arrested immediately. She needs to lose her job and she needs to pay for all of my medical expenses.

47.   Bates concluded the video by holding up another photograph of Officer Tomlinson and

stating –

Again, these are the two officers they would not ID their self. The only reason I know the woman's name is because her supervisor, Mark Edwards, gave it to me. Will (sic) Kate (sic) Tomlinson. I don't know the man, but both of them are responsible for this and I would love it for people to call Mark Edwards. Will (sic) Kate (sic) Tomlinson's supervisor. The number is 276-591-9807 and ask why the heck he didn't feel that it was important enough to get his butt up and walk outside and take the report for the assault. We're not letting this go. People like that don't need to be a police officer.

10



48.     Over the course of this video, Bates published numerous false and malicious statements, including:

   a.     A libelous video title falsely alleging Tomlinson is a "Violent Cop" who "wrongfully assaulted me."

   b.     Slanderous statements falsely alleging Tomlinson (1) "wrongfully assaulted me", (2) would not I.D. herself, (3) called Bates a "thief", (4) alleged Bates "snuck" into the lounge and that Bates was not permitted to be in the lounge, (5) that Tomlinson came after Bates and tried to yank her arm behind her back and threw her to the ground, (6) and that Tomlinson had caused severe injuries to Bates's arm, requiring follow-up medical attention.

   c.     Each of these claims is entirely false.

49. This video posted the morning of September 7, 2025 has been viewed approximately 1,200,000 times, has been "liked" approximately 58,000 times, and has received approximately 4040 comments.

50. On September 8, 2025, the Bristol Virginia Police Department published on Facebook body-worn camera footage of the incident between Tomlinson and Bates.

51. On September 8, 2025, Bates posted a new 03:38-minute video titled "Mr. Chief Of Police RELEASE ALL THE BODY CAM FOOTAGE."

52. In this video, Bates once again falsely claimed Tomlinson "accused me of being a thief, sneaking into a place…".

53. Bates's claims that Tomlinson accused Bates of being a thief and sneaking into a place were false.

54. In this video, Bates held up her wrist and claimed that because of the alleged assault by Tomlinson, Bates suffered from a knot protruding from her right wrist.



55. Bates stated –

   Y'all don't think she did anything to my arm. Let me show you what it looks like. When I bend my hand down like this right here, do y'all see that knot? Do you see a knot over here? That lady yanked me like you wouldn't believe and caused my arm to pop. It popped when I got into the car on the way to the hospital. They believed that my arm at the hospital had popped out of place when she yanked it and when I got back in the car to come to the hospital that when I moved it, it popped back into place.

56. Bates's claim that Tomlinson injured her wrist was false.

57. In numerous TikTok videos posted by Bates prior to September 7, 2025, Bates can be seen with a knot protruding from her right wrist.



58. Still images from Tomlinson's body-worn camera footage also shows that Bates had a knot protruding from her right wrist while she was seated at the Plum Lounge before the alleged assault ever took place.



59.     On or about September 10, 2025, Bates reasserted the allegation that she had been wrongly assaulted by Tomlinson in an interview by a reporter with WCYB News 5.

60.     Bates told the reporter that the officers laughed in her husband's face when they went to walk away.  Bates alleged that after going to the hospital, "[w]e got x-rays.  Because the swelling is so bad, they don't want to put me in a cast because they don't know how much damage is actually done."

61.     Bates's claim that medical providers determined she had suffered damage or injury to her arm was false.

62.     Medical records indicate "no evidence of acute fracture or dislocation."

                        COUNT ONE – DEFAMATION

63.     Tomlinson adopts and incorporates by reference the preceding paragraphs of this Complaint.

64.     Tomlinson seeks a judgment for damages incurred through Bates's intentional and malicious defamation *per se.*

65. On or about September 8, 2025 at or near 1:30 a.m., Bates published a defamatory video containing numerous objectively false and malicious statements about Tomlinson as detailed within this complaint.

66. The defamatory video was published on social medial (TikTok) and has been viewed by more than 1.2 million times as of the date of this filing.

67. The defamatory video refers to Tomlinson, initially by reference and subsequently by both name and photographic image.

68. The defamatory statements were totally false.

69. Bates published the defamatory statements knowing them to be false and lacking reasonable ground for her belief.

70. Bates's defamatory statements were made with actual malice.

71. Bates's defamatory statements imputed that Tomlinson had committed the crime of assault while she was performing her duties as a law enforcement officer. As such, Bates's defamatory statements amount to defamation *per se*.

72. Bates's defamatory statements imputed that Tomlinson was unfit for her profession and occupation. As such, Bates's defamatory statements amount to defamation *per se*.

73. As a direct and proximate result of Bates's defamatory statements, Tomlinson has suffered and will continue to suffer injury, including impairment to her reputation, diminished standing in the community, personal humiliation, psychological pain and embarrassment, emotional distress, and mental anguish.

## COUNT TWO – DEFAMATION

74. Tomlinson adopts and incorporates by reference the preceding paragraphs of this Complaint.

75. Tomlinson seeks a judgment for damages incurred through Bates's intentional and malicious defamation *per se.*

76. On or about September 8, 2025 at or near 1:00 p.m., Bates published a defamatory video containing several objectively false and malicious statements about Tomlinson as detailed within this complaint.

77. The defamatory video was published on social medial (TikTok) and has been viewed by more than 1.2 million times as of the date of this filing.

78. The defamatory video refers to Tomlinson by Bates's reference to her previously published video.

79. The defamatory statements were totally false.

80. Bates published the defamatory statements knowing them to be false and lacking reasonable ground for her belief.

81. Bates's defamatory statements were made with actual malice.

82. Bates's defamatory statements imputed that Tomlinson had committed the crime of assault while she was performing her duties as a law enforcement officer. As such, Bates's defamatory statements amount to defamation *per se*.

83. Bates's defamatory statements imputed that Tomlinson was unfit for her profession and occupation. As such, Bates's defamatory statements amount to defamation *per se*.

84. As a direct and proximate result of Bates's defamatory statements, Tomlinson has suffered and will continue to suffer injury, including impairment to her reputation, diminished

standing in the community, personal humiliation, psychological pain and embarrassment, emotional distress, and mental anguish.

## COUNT THREE – DEFAMATION

85. Tomlinson adopts and incorporates by reference the preceding paragraphs of this Complaint.

86. Tomlinson seeks a judgment for damages incurred through Bates's intentional and malicious defamation *per se.*

87. On or about September 10, 2025, Bates published to a WCYB News 5 reporter a defamatory statement containing objectively false and malicious statements knowing that her statement would be aired on the evening news.

88. In her statement to WCYB news, Bates (1) again claimed that she had been wrongly assaulted by Tomlinson, and (2) stated that having gone to the hospital, "...because the swelling is so bad, they don't want to put me in a cast because they don't know how much damage is actually done."

89. The defamatory statements were subsequently published on WCYB's evening news and published online at wcyb.com.

90. The defamatory statements were totally false.

91. Bates made the defamatory statements knowing them to be false and lacking reasonable grounds for her belief.

92. Bates's defamatory statements were made with actual malice.

93. Bates's defamatory statements imputed that Tomlinson had committed the crime of assault while she was performing the duties of a law enforcement officer. As such, Bates's defamatory statements amount to defamation *per se*.

94.   Bates's defamatory statements imputed that Tomlinson was unfit for her profession and occupation.  As such, Bates's defamatory statements amount to defamation *per se*.

95.   As a direct and proximate result of Bates's defamatory statements, Tomlinson has suffered and will continue to suffer injury, including impairment to her reputation, diminished standing in the community, personal humiliation, psychological pain and embarrassment, emotional distress, and mental anguish.

WHEREFORE, and as a result of such injury, Tomlinson moves this Court for the following relief:

A.   Compensatory damages in the amount of $75,000.00.

B.   Punitive damages in the amount of $125,000.00.

C.   An award of reasonable attorney's fees; and

D.   Such further relief as this Court deems just and proper.

TRIAL BY JURY IS HEREBY DEMANDED.

Respectfully submitted,

LILLY KAY TOMLINSON

By: _____

Daniel J. Murphy
Counsel for Plaintiff
VSB No. 98478
Penn, Stuart & Eskridge
208 E. Main Street
Abingdon, Virginia 24210
276-628-5151 (telephone)
dmurphy@pennstuart.com