IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
January 20, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
     DEPUTY CLERK

| | |
|---|---|
| LILLY-KAY TOMLINSON, | ) |
| Plaintiff, | ) Case No. 1:25CV00072 |
| v. | ) **ORDER** |
| STEPHANIE LYNN BATES a/k/a STEPHANIE LYNN WILLIAMS, | ) JUDGE JAMES P. JONES |
| Defendant. | ) |

The Court has scheduled a hearing on **Monday, January 26, 2026, at 2:30 p.m.** at the Federal Courthouse and Office Building, 180 West Main Street, Abingdon, Virginia, in order to determine a Motion to Dismiss filed by Plaintiff as to Defendant's Counterclaim, as well as to fix further scheduling in the case. The parties <u>must attend in person or by an attorney</u>.

It is so **ORDERED**.

ENTER: January 20, 2026

/s/ JAMES P. JONES
Senior United States District Judge