CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
February 06, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **LILLY-KAY TOMLINSON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25CV00072 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **STEPHANIE LYNN BATES, also known** | ) | JUDGE JAMES P. JONES |
| **as STEPHANIE LYNN WILLIAMS,** | ) | |
| | ) | |
| Defendant. | ) | |

The defendant Ms. Bates has filed an Answer to the Complaint, as well as a Counterclaim.  The plaintiff has filed a Motion to Dismiss the Counterclaim.  The defendant is proceeding in this case without a lawyer and has reported to the court that she is having difficulty finding one.  Accordingly, it is **ORDERED** as follows:

1. Ms. Bates is allowed 30 days from this date to find a lawyer who will represent her in this case.  If she retains a lawyer that lawyer must file a notice with the court within 7 days after accepting the representation;

2. Ms. Bates must keep the court advised of her current mailing address as well as her email address.

3. The court will not rule on the pending motions or schedule further proceedings at this time;

4. The court urges Ms. Bates to obtain a lawyer if possible, because it may be difficult for her to adequately represent herself without knowledge of legal procedures.  The Virginia State Bar may be able to help her contact a lawyer at Virginia Lawyer Referral Service, at lawyerreferral@vsb.org, or (800) 552-7977.

    ENTER:   February 6, 2026

    /s/  JAMES P. JONES
    Senior United States District Judge