CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

April 24, 2026

LAURA A. AUSTIN, CLERK
BY:  s/ FELICIA CLARK
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON  DIVISION**

| | | |
|---|---|---|
| **LILLY-KAY TOMLINSON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25CV00072 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **STEPHANIE LYNN BATES, also known** | ) | Judge James P. Jones |
| **as STEPHANIE LYNN WILLIAMS,** | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has not obtained a lawyer within the time permitted by the court and, as described by the plaintiff in her Renewed Motion to Dismiss, Dkt. No. 19, the defendant appears to have abandoned her participation in the lawsuit by refusing to accept mail from the court and opposing counsel and by not advising the Court of her proper address.  Accordingly, it **ORDERED** as follows:

1.      The defendant's Counterclaim, Dkt. No. 6, is DISMISSED without prejudice.  The plaintiff's Motions to Dismiss, Dkt. Nos. 8 and 19, are DISMISSED without prejudice as moot;

2.      The defendant's Motion to Dismiss, Dkt. No. 13 is DISMISSED as moot;

3.      The Court will set this case for trial on the plaintiff's Complaint before a jury; and

4.    The Clerk shall mail a copy of this Order to the defendant at her only known address.

ENTER:   April 24, 2026

/s/  JAMES P. JONES
Senior United States District Judge